

FILED
CLERK, U.S. DISTRICT COURT
MAY 11 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Dao Chi Vo, DEFENDANT(S). | CASE NUMBER 09-978 M |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _____, IT IS ORDERED that a detention hearing is set for __Detention Hrg__, __5/13/09__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom __341 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/11/09__                         _____
                                                      U.S. District Judge/Magistrate Judge

---